**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　MARK D. DELORENZE<br>　ANTOINETTE DELORENZE<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　MARK D. DELORENZE<br>　ANTOINETTE DELORENZE<br><br>　　　Respondents | FILED<br>10/30/20 1:10 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.15-23720GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 101 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 30th day of October 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　Highlands School District
　　　Attn : Payroll Manager
　　　Pob 288
　　　Natrona Heights,PA 15065

is hereby ordered to immediately terminate the attachment of the wages of ANTOINETTE DELORENZE, social security number XXX-XX-5792. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANTOINETTE DELORENZE.

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark D. Delorenze  
Antoinette Delorenze  
    Debtor(s)

Case No. 15-23720-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2  
Date Rcvd: Oct 30, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Delorenze, Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. bnicholas@kmllawgroup.com

Jillian Nolan Snider  
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital jsnider@fbtlaw.com  agilbert@fbtlaw.com

Mario J. Hanyon  
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. pawb@fedphe.com

Michael C. Eisen  
    on behalf of Joint Debtor Antoinette Delorenze attorneyeisen@yahoo.com  aarin96@hotmail.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Michael C. Eisen
    on behalf of Debtor Mark D. Delorenze attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. pawb@fedphe.com

TOTAL: 11