Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Mark D. Delorenze** : | Case No. 15−23720−GLT |
| **Antoinette Delorenze** : | Chapter: 13 |
| **aka Antoinette Woods** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s)*, : | Related to Document No. 108 |
| : | |
| v. : | Hearing Date: 3/10/21 at 11:00 AM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 22nd of December, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 108 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before February 5, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *March 10, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

                                                      Gregory L. Taddonio, Judge
                                                      United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 15-23720-GLT

Mark D. Delorenze    Chapter 13

Antoinette Delorenze

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 4
Date Rcvd: Dec 22, 2020    Form ID: 604    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Delorenze, Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | PENNYMAC LOAN SERVICES, LLC., Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14120027 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14120029 | + | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14120030 | + | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14120033 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14120035 | + | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14120045 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14137164 | + | First National Bank of Pa., 4140 East State St, Hermitage, Pa 16148-3401 |
| 14120040 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14163863 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14186177 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14120046 | + | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14120048 | + | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638787 | + | Rocky Fork Ranch, Attn: Billing Department, 1930 North Poplar Street, Southern Pines, NC 28387-7091 |
| 14120049 | + | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14120050 | + | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14120055 | + | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:38:48 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14129007 | | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14120028 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14151290 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 23 2020 02:48:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14122517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 23 2020 03:48:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14120031 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:36:34 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14141308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:36:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14168045 | + | Email/Text: bncmail@w-legal.com | Dec 23 2020 04:23:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14120034 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 23 2020 03:48:00 | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14120036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 04:22:00 | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14120037 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 23 2020 04:24:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14120038 | + | Email/Text: mrdiscen@discover.com | Dec 23 2020 03:48:00 | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14129031 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14186717 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 23 2020 04:24:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14120039 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:36:18 | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14120041 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:36:18 | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120032 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:36:24 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14120042 | + | Email/Text: BKRMailOPS@weltman.com | Dec 23 2020 03:49:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14120043 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:36:18 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120044 | | Email/Text: camanagement@mtb.com | Dec 23 2020 03:49:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14120047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:38:48 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14703320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:57:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14170600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:47:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120052 | | Email/Text: amieg@stcol.com | Dec 23 2020 03:48:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14120051 | + | Email/Text: philadelphia.bnc@ssa.gov | Dec 23 2020 04:24:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14181325 | | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:57:23 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14163478 | | Email/Text: Collections@bmtc.com | Dec 23 2020 03:48:00 | The Bryn Mawr Trust Company, 22 West State St., Media, PA 19063 |
| 14120053 | | Email/Text: Collections@bmtc.com | Dec 23 2020 03:48:00 | The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14120054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 23 2020 03:48:00 | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0315-2  User: dbas  Page 3 of 4
Date Rcvd: Dec 22, 2020  Form ID: 604  Total Noticed: 49

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | Santander Consumer USA Inc. dba Chrysler Capital |
| 14638765 | *+ | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14638766 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14638767 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14638768 | *+ | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14638769 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14638771 | *+ | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14638772 | *+ | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14638773 | *+ | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14638774 | *+ | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14638775 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14638783 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14638776 | *+ | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14638777 | *+ | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14638778 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14638779 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638770 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14638780 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14638781 | *+ | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638782 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14638785 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14638784 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14638786 | *+ | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638791 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14638788 | *+ | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14638789 | *+ | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638790 | *+ | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638792 | *P++ | THE BRYN MAWR TRUST COMPANY, ATTN LEGAL DEPT, 801 LANCASTER AVE, BRYN MAWR PA 19010-3396, address filed with court:, The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14638793 | *+ | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |
| 14638794 | *+ | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas |  |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 4 of 4 |
| Date Rcvd: Dec 22, 2020 | Form ID: 604 | Total Noticed: 49 |

    on behalf of Creditor PENNYMAC LOAN SERVICES LLC. bnicholas@kmllawgroup.com

Jillian Nolan Snider
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital jsnider@fbtlaw.com
    agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Mario J. Hanyon
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Michael C. Eisen
    on behalf of Debtor Mark D. Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Antoinette Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC. pawb@fedphe.com

TOTAL: 11