**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARK D. DELORENZE
ANTOINETTE DELORENZE
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
   vs.
No Respondents.

Case No.:15-23720

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/09/2015 and confirmed on 12/7/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 143,047.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 143,047.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 6,482.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,982.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 80,846.64 | 0.00 | 80,846.64 |
|     Acct: 6062 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0907 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,311.40 | 1,311.40 | 0.00 | 1,311.40 |
|     Acct: 6062 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 0.00 | 35,772.14 | 0.00 | 35,772.14 |
|     Acct: 1203 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 12,043.91 | 12,043.91 | 0.00 | 12,043.91 |
|     Acct: 5380 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5380 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 576.97 | 576.97 | 0.00 | 576.97 |
|     Acct: 1203 | | | | |
| | | | | 130,551.06 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK D. DELORENZE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 4.43 | 4.43 | 0.00 | 4.43 |
|     Acct: XXXXXXXXXBANK | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 7.96 | 7.96 | 0.00 | 7.96 |
|     Acct: XXXXXXXXXBANK | | | | |
| | | | | 12.39 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 824.44 | 37.31 | 0.00 | 37.31 |
|     Acct: 5792 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 985.68 | 44.60 | 0.00 | 44.60 |
|     Acct: 2496 | | | | |
|   CERASTES LLC | 1,538.45 | 69.62 | 0.00 | 69.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0106 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 973.27 | 44.04 | 0.00 | 44.04 |
| Acct: 1881 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 900.94 | 40.77 | 0.00 | 40.77 |
| Acct: 4712 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7985 | | | | |
| CITIZENS BANK NA(*) | 6,591.12 | 298.27 | 0.00 | 298.27 |
| Acct: 7250 | | | | |
| CITIZENS BANK NA(*) | 4,446.22 | 201.21 | 0.00 | 201.21 |
| Acct: 5499 | | | | |
| COLO RECTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0022 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1831 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8753 | | | | |
| DISCOVER BANK(*) | 764.35 | 34.59 | 0.00 | 34.59 |
| Acct: 8287 | | | | |
| SYNCHRONY BANK++ | 175.84 | 0.00 | 0.00 | 0.00 |
| Acct: 3362 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,268.84 | 147.93 | 0.00 | 147.93 |
| Acct: 7491 | | | | |
| SYNCHRONY BANK++ | 97.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0153 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2186 | | | | |
| MIDLAND FUNDING LLC | 5,786.58 | 261.87 | 0.00 | 261.87 |
| Acct: 6212 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5219 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3857 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,177.57 | 98.55 | 0.00 | 98.55 |
| Acct: 4664 | | | | |
| RECEIVABLE MANAGEMENT SERVICES+- | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7587 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 8,633.26 | 390.69 | 0.00 | 390.69 |
| Acct: 6173 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3105 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8509 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3965 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0346 | | | | |
| BRYN MAWR TRUST COMPANY | 6,189.00 | 280.07 | 0.00 | 280.07 |
| Acct: 5792 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,678.36 | 75.95 | 0.00 | 75.95 |
| Acct: 0001 | | | | |
| WEN HAIR CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2361 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 401.31 | 18.16 | 0.00 | 18.16 |
| Acct: 0001 | | | | |
| ROCKY FORK RANCH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5604 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR | 10,112.47 | 457.63 | 0.00 | 457.63 |
| Acct: 5380 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|     STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,501.26 |

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 133,064.71 |
| TOTAL CLAIMED | | |
|   PRIORITY | 12.39 | |
|   SECURED | 13,932.28 | |
|   UNSECURED | 55,545.67 | |

Date: 12/21/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK D. DELORENZE
    ANTOINETTE DELORENZE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23720

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                BY THE COURT:

                                _____
                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark D. Delorenze  
Antoinette Delorenze  
    Debtor(s)

Case No. 15-23720-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 4  
Date Rcvd: Dec 22, 2020      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Delorenze, Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | PENNYMAC LOAN SERVICES, LLC., Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14120027 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14120029 | + | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14120030 | + | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14120033 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14120035 | + | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14120045 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14137164 | + | First National Bank of Pa., 4140 East State St, Hermitage, Pa 16148-3401 |
| 14120040 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14163863 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14186177 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14120046 | + | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14120048 | + | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638787 | + | Rocky Fork Ranch, Attn: Billing Department, 1930 North Poplar Street, Southern Pines, NC 28387-7091 |
| 14120049 | + | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14120050 | + | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14120055 | + | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:57:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14129007 | | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14120028 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14151290 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 23 2020 02:39:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14122517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 23 2020 03:48:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14120031 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14141308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 15-23720-GLT   Doc 118   Filed 12/24/20   Entered 12/25/20 00:48:28   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 49 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14168045 | + | Email/Text: bncmail@w-legal.com | Dec 23 2020 04:23:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14120034 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 23 2020 03:48:00 | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14120036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 04:22:00 | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14120037 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 23 2020 04:24:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14120038 | + | Email/Text: mrdiscen@discover.com | Dec 23 2020 03:48:00 | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14129031 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14186717 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 23 2020 04:24:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14120039 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:46:57 | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14120041 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:46:56 | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120032 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 02:47:02 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14120042 | + | Email/Text: BKRMailOPS@weltman.com | Dec 23 2020 03:49:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14120043 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:57:24 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120044 | | Email/Text: camanagement@mtb.com | Dec 23 2020 03:49:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14120047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:47:33 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14703320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:38:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14170600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:57:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120052 | | Email/Text: amieg@stcol.com | Dec 23 2020 03:48:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14120051 | + | Email/Text: philadelphia.bnc@ssa.gov | Dec 23 2020 04:24:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14181325 | | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:46:57 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14163478 | | Email/Text: Collections@bmtc.com | Dec 23 2020 03:48:00 | The Bryn Mawr Trust Company, 22 West State St., Media, PA 19063 |
| 14120053 | | Email/Text: Collections@bmtc.com | Dec 23 2020 03:48:00 | The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14120054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 23 2020 03:48:00 | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 49 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Santander Consumer USA Inc. dba Chrysler Capital |
| 14638765 | *+ | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14638766 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14638767 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14638768 | *+ | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14638769 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14638771 | *+ | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14638772 | *+ | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14638773 | *+ | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14638774 | *+ | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14638775 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14638783 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14638776 | *+ | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14638777 | *+ | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14638778 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14638779 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638770 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14638780 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14638781 | *+ | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638782 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14638785 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14638784 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14638786 | *+ | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638791 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14638788 | *+ | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14638789 | *+ | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638790 | *+ | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638792 | *P++ | THE BRYN MAWR TRUST COMPANY, ATTN LEGAL DEPT, 801 LANCASTER AVE, BRYN MAWR PA 19010-3396, address filed with court:, The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14638793 | *+ | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |
| 14638794 | *+ | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 4 of 4 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 49 |

on behalf of Creditor PENNYMAC LOAN SERVICES LLC. bnicholas@kmllawgroup.com

Jillian Nolan Snider

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Mario J. Hanyon

on behalf of Creditor PENNYMAC LOAN SERVICES LLC. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Michael C. Eisen

on behalf of Debtor Mark D. Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen

on behalf of Joint Debtor Antoinette Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Steven P Kelly

on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor PENNYMAC LOAN SERVICES LLC. pawb@fedphe.com

TOTAL: 11