| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark D. Delorenze** | Social Security number or ITIN | xxx–xx–1169 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Antoinette Delorenze** | Social Security number or ITIN | xxx–xx–5792 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **15–23720–GLT** | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark D. Delorenze         Antoinette Delorenze
                          aka Antoinette Woods

<u>2/11/21</u>             **By the court:**    <u>Gregory L. Taddonio</u>
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark D. Delorenze  
Antoinette Delorenze  
    Debtors

Case No. 15-23720-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 4  
Date Rcvd: Feb 11, 2021      Form ID: 3180W      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Delorenze, Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | PENNYMAC LOAN SERVICES, LLC., Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14120027 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14120030 | + | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14120035 | + | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14137164 | + | First National Bank of Pa., 4140 East State St, Hermitage, Pa 16148-3401 |
| 14163863 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14186177 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14120046 | + | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14120048 | + | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638787 | + | Rocky Fork Ranch, Attn: Billing Department, 1930 North Poplar Street, Southern Pines, NC 28387-7091 |
| 14120050 | + | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14120055 | + | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2021 03:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2021 03:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 12 2021 04:23:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14129007 | | EDI: GMACFS.COM | Feb 12 2021 04:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14120028 | + | EDI: GMACFS.COM | Feb 12 2021 04:23:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14151290 | | EDI: AIS.COM | | |

| District/off: 0315-2 | User: dkam | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Feb 12 2021 04:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14120029 | + | EDI: TSYS2.COM | Feb 12 2021 04:23:00 | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14122517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 03:10:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14120031 | + | EDI: CAPITALONE.COM | Feb 12 2021 04:23:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14141308 | | EDI: CAPITALONE.COM | Feb 12 2021 04:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14168045 | + | Email/Text: bncmail@w-legal.com | Feb 12 2021 03:11:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14120033 | + | EDI: CHRM.COM | Feb 12 2021 04:23:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14120034 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 03:10:00 | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14120036 | + | EDI: WFNNB.COM | Feb 12 2021 04:23:00 | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14120037 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 12 2021 03:11:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14120045 | | EDI: CITICORP.COM | Feb 12 2021 04:23:00 | Macy's, PO Box 8066, Mason, OH 45040 |
| 14120038 | + | EDI: DISCOVER.COM | Feb 12 2021 04:23:00 | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14129031 | | EDI: DISCOVER.COM | Feb 12 2021 04:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14186717 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 12 2021 03:11:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14120039 | + | EDI: RMSC.COM | Feb 12 2021 04:23:00 | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14120040 | + | EDI: CITICORP.COM | Feb 12 2021 04:23:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14120041 | + | EDI: RMSC.COM | Feb 12 2021 04:23:00 | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120032 | | EDI: JPMORGANCHASE | Feb 12 2021 04:23:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14120042 | + | Email/Text: BKRMailOPS@weltman.com | Feb 12 2021 03:10:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14120043 | + | EDI: RMSC.COM | Feb 12 2021 04:23:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120044 | | Email/Text: camanagement@mtb.com | Feb 12 2021 03:10:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14120047 | | EDI: PRA.COM | Feb 12 2021 04:23:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14703320 | | EDI: PRA.COM | Feb 12 2021 04:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14170600 | | EDI: PRA.COM | Feb 12 2021 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120052 | | Email/Text: amieg@stcol.com | Feb 12 2021 03:10:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14120049 | + | EDI: CITICORP.COM | Feb 12 2021 04:23:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |

Case 15-23720-GLT  Doc 124  Filed 02/13/21  Entered 02/14/21 00:37:50  Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14120051 | + | Email/Text: philadelphia.bnc@ssa.gov | Feb 12 2021 03:11:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14181325 | | EDI: RMSC.COM | Feb 12 2021 04:23:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14163478 | | Email/Text: Collections@bmtc.com | Feb 12 2021 03:10:00 | The Bryn Mawr Trust Company, 22 West State St., Media, PA 19063 |
| 14120053 | | Email/Text: Collections@bmtc.com | Feb 12 2021 03:10:00 | The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14120054 | + | EDI: VERIZONCOMB.COM | Feb 12 2021 04:23:00 | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Santander Consumer USA Inc. dba Chrysler Capital |
| 14638765 | *+ | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14638766 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14638767 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14638768 | *+ | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14638769 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14638771 | *+ | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14638772 | *+ | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14638773 | *+ | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14638774 | *+ | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14638775 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14638783 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14638776 | *+ | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14638777 | *+ | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14638778 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14638779 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638770 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14638780 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14638781 | *+ | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638782 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14638785 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14638784 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14638786 | *+ | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638791 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14638788 | *+ | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14638789 | *+ | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638790 | *+ | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638792 | *P++ | THE BRYN MAWR TRUST COMPANY, ATTN LEGAL DEPT, 801 LANCASTER AVE, BRYN MAWR PA 19010-3396, address filed with court:, The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14638793 | *+ | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |
| 14638794 | *+ | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 4 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 51 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Mark D. Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Antoinette Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. pawb@fedphe.com |

TOTAL: 11