**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/21 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MARK D. DELORENZE
    ANTOINETTE DELORENZE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23720

Chapter 13

Related to Dkt. No. 108

ORDER OF COURT

  AND NOW, this 11th day of February 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23720-GLT |
| Mark D. Delorenze | Chapter 13 |
| Antoinette Delorenze | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Delorenze, Antoinette Delorenze, 7924 Roderick Drive, Pittsburgh, PA 15237-2320 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | PENNYMAC LOAN SERVICES, LLC., Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14120027 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14120029 | + | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14120030 | + | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14120033 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14120035 | + | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14120045 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14137164 | + | First National Bank of Pa., 4140 East State St, Hermitage, Pa 16148-3401 |
| 14120040 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14163863 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14186177 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14120046 | + | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14120048 | + | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638787 | + | Rocky Fork Ranch, Attn: Billing Department, 1930 North Poplar Street, Southern Pines, NC 28387-7091 |
| 14120049 | + | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14120050 | + | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14120055 | + | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:18:09 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14129007 | | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2021 03:10:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14120028 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2021 03:10:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14151290 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 12 2021 03:18:43 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14122517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 03:10:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14120031 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:26:15 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14141308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:34:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 15-23720-GLT    Doc 125    Filed 02/13/21    Entered 02/14/21 00:37:50    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14168045 | + | Email/Text: bncmail@w-legal.com | Feb 12 2021 03:11:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14120034 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 03:10:00 | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14120036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:10:00 | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14120037 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 12 2021 03:11:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14120045 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:35:34 | Macy's, PO Box 8066, Mason, OH 45040 |
| 14120038 | + | Email/Text: mrdiscen@discover.com | Feb 12 2021 03:10:00 | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14129031 | | Email/Text: mrdiscen@discover.com | Feb 12 2021 03:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14186717 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 12 2021 03:11:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14120039 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:33:58 | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14120040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:19:34 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14120041 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:33:58 | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120032 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:26:12 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14120042 | + | Email/Text: BKRMailOPS@weltman.com | Feb 12 2021 03:10:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14120043 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:26:07 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14120044 | | Email/Text: camanagement@mtb.com | Feb 12 2021 03:10:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14120047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:18:09 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14703320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:18:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14170600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:18:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120052 | | Email/Text: amieg@stcol.com | Feb 12 2021 03:10:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14120049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:34:20 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14120051 | + | Email/Text: philadelphia.bnc@ssa.gov | Feb 12 2021 03:11:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14181325 | | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:33:58 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14163478 | | Email/Text: Collections@bmtc.com | Feb 12 2021 03:10:00 | The Bryn Mawr Trust Company, 22 West State St., Media, PA 19063 |
| 14120053 | | Email/Text: Collections@bmtc.com | Feb 12 2021 03:10:00 | The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14120054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 12 2021 03:10:00 | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |

| District/off: 0315-2 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 49 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Santander Consumer USA Inc. dba Chrysler Capital |
| 14638765 | *+ | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14638766 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14638767 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14638768 | *+ | Beth A. Howell, Esq., Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market Street, Ste 501, Philadelphia, PA 19103-2933 |
| 14638769 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14638771 | *+ | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14638772 | *+ | Citizen's Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14638773 | *+ | Colo Rectal Associates, 2566 Haymaker Road, Ste 206, Monroeville, PA 15146-3554 |
| 14638774 | *+ | Comenity Bank/Torrid, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14638775 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14638783 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14638776 | *+ | Discover Bank, Dfs Services, PO Box 3025, New Albany, OH 43054-3025 |
| 14638777 | *+ | GECRB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 14638778 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14638779 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638770 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14638780 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14638781 | *+ | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14638782 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14638785 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14638784 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14638786 | *+ | Receivables Management Services Corp, 4836 Brecksville Road, PO Box 523, Richfield, OH 44286-0523 |
| 14638791 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14638788 | *+ | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14638789 | *+ | Socail Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638790 | *+ | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14638792 | *P++ | THE BRYN MAWR TRUST COMPANY, ATTN LEGAL DEPT, 801 LANCASTER AVE, BRYN MAWR PA 19010-3396, address filed with court:, The Bryn Mawr Trust Company, Consumer Loan Dept, 801 Lancaster Ave, Bryn Mawr, PA 19010 |
| 14638793 | *+ | Verizon Wireless, PO Box 4002, Acworth, GA 30101-9003 |
| 14638794 | *+ | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021          Signature:          /s/Joseph Speetjens

District/off: 0315-2     User: dkam     Page 4 of 4
Date Rcvd: Feb 11, 2021     Form ID: pdf900     Total Noticed: 49

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Mark D. Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Antoinette Delorenze attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. pawb@fedphe.com |

TOTAL: 11